# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ROBERT W. OLSON & MARY R. OLSON  Case Number: 06-72225
6860 STRONG BOX CIRCLE  SSN-xxx-xx-2953 & xxx-xx-6289
ROSCOE, IL  61073

Case filed on: 11/27/2006
Plan Confirmed on: 3/23/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,872.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BARRICK SWITZER LONG ET AL | 2,274.00 | 2,274.00 | 2,000.00 | 0.00 |
|  | Total Legal | 2,274.00 | 2,274.00 | 2,000.00 | 0.00 |
| 999 | ROBERT W. OLSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIRST FRANKLIN FINANCIAL CORP | 141,969.96 | 0.00 | 0.00 | 0.00 |
| 002 | FIRST FRANKLIN FINANCIAL CORP | 2,423.04 | 2,232.00 | 338.25 | 0.00 |
| 003 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 11,794.47 | 11,794.47 | 3,782.76 | 593.48 |
| 004 | WINNEBAGO COUNTY TREASURER | 2,500.00 | 2,500.00 | 678.14 | 0.00 |
| 022 | REALTAX DEVELOPER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 158,687.47 | 16,526.47 | 4,799.15 | 593.48 |
| 005 | FCNB | 158.90 | 158.90 | 0.00 | 0.00 |
| 006 | AMERIQUEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 3,175.90 | 3,175.90 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 998.53 | 998.53 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 652.34 | 652.34 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 5,031.77 | 5,031.77 | 0.00 | 0.00 |
| 011 | ERROR | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DELL PREFERRED ACCOUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HEIGHTS FINANCE | 1,092.00 | 1,092.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 2,040.88 | 2,040.88 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 2,998.91 | 2,998.91 | 0.00 | 0.00 |
| 016 | B-LINE LLC | 499.74 | 499.74 | 0.00 | 0.00 |
| 017 | LVNV FUNDING LLC | 4,696.38 | 4,696.38 | 0.00 | 0.00 |
| 018 | LVNV FUNDING LLC | 6,319.68 | 6,319.68 | 0.00 | 0.00 |
| 019 | CAPITAL ONE | 984.36 | 984.36 | 0.00 | 0.00 |
| 020 | CAPITAL ONE | 633.67 | 633.67 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 1,334.07 | 1,334.07 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 698.18 | 698.18 | 0.00 | 0.00 |
|  | Total Unsecured | 31,315.31 | 31,315.31 | 0.00 | 0.00 |
|  | Grand Total: | 192,276.78 | 50,115.78 | 6,799.15 | 593.48 |

Total Paid Claimant:       $7,392.63
Trustee Allowance:          $479.37
Percent Paid Unsecured:       0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008          By  /s/Heather M. Fagan